■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD GLOSS, Appellant. — Judgment insofar as it convicts defendant of burglary, second degree, which is a lesser inclusory count of burglary, first degree, unanimously reversed, on the law, sentence thereon vacated and that count of the indict-

ment dismissed, and otherwise judgment affirmed. (Appeal from judgment of Monroe County Court, Mark, J. — murder, etc.) Present — Cardamone, J. P., Callahan, Doerr, Denman and Schnepp, JJ.